UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------`-----------------X

In Re:                                                                          Chapter 11

Richard H. Kistela,                                                    Case No. 811-76378-A736

        Debtor.                                                     <u>Order</u>

---------------------------------------------------------X

        The Plan of Reorganization dated April 26, 2012 (the "Plan") proposed by the Debtor and the Debtor's Disclosure Statement dated April 26, 2012 (the "Disclosure Statement"), pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") having been filed with this Court, and the Disclosure Statement having been approved in accordance with the requirements of Section 1125 of the Bankruptcy Code, and the Plan and Disclosure Statement having been transmitted to all creditors and parties in interest in accordance with Section 1128 of the Bankruptcy Code and pursuant to an Order of this Court, a confirmation hearing (the "Confirmation Hearing") having been held before the Honorable Robert E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, New York on November 7, 2012, and the Debtor appeared by Weinberg, Gross & Pergament LLP by Marc A. Pergament, Esq., and the Debtor having appeared, and the Office of the United States Trustee by Stan Yang, Esq. having appeared, and no one appeared in opposition,

        It having been determined after a hearing on notice that the requirements for confirmation of the Plan as set forth in Section 1129(a) of the Bankruptcy Code having been satisfied,

IT IS HEREBY ORDERED

1. That the Plan of Reorganization dated April 26, 2012, a copy of which is entered on the Court's electronic case filing system as Docket No. 68, as amended pursuant to the Debtor's Motion to Amend the Plan of Reorganization dated October 5, 2012, is hereby confirmed. The Debtor shall make such disbursements to the entities entitled thereto as required under the Plan in accordance with the provisions of the Plan.

2. Within ninety (90) days of the entry of this Order, or at such other time as the Court may otherwise direct, the Debtor's attorneys shall file an application for the final decree.

3. This Court shall retain jurisdiction over this case as provided for by the terms of the Plan.

**Dated: Central Islip, New York**
**November 15, 2012**

_____
**Robert E. Grossman**
**United States Bankruptcy Judge**